**UNITED STATES of America, Appellant, v. Mary BUVO, Administratrix, and Francesco Buvo, Beneficiary of the Estate of Alfred Buvo, Deceased, Appellees.**

**No. 7774.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Fixel & Fixel, of Detroit, Mich., for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

The motion to dismiss the appeal filed October 8, 1937, is denied. The motion of appellant for permission now to file the record is granted; and the cause having been heard upon the record, briefs and argument of counsel, and the court being of opinion that there was not substantial evidence that the veteran, Alfred Buvo, became totally and permanently disabled during the life of the war risk insurance policy sued on, and that it was therefore error to deny appellant's motion for a directed verdict, it is therefore ordered and adjudged that the judgment be and the same is reversed and the cause remanded to the District Court for a new trial.

**UNITED STATES of America, Appellant, v. Milton R. EDMUNDS, Appellee.**

**No. 9094.**

Circuit Court of Appeals, Ninth Circuit.

Feb. 14, 1939.

Carl C. Donaugh, U. S. Atty., and M. B. Strayer, Asst. U. S. Atty., both of Portland, Or.

Francis E. Marsh, of McMinnville, Or., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellant, and stipulation of counsel for respective parties for dismissal of the appeal herein, and good cause therefor appearing, ordered motion granted, that the appeal in this cause, D.C., 24 F.Supp. 742, be dismissed, that a judgment be filed and entered accordingly, and the mandate of this court issue forthwith.